Randy Luskey
rluskey@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
943 Steiner St.
San Francisco, CA 94117
Phone: (628) 432-5112
Fax: (202) 204-7391

Attorneys for Defendants
Uber Technologies, Inc. and Rasier, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jane Doe LSA 3 et al., | Case No. 3:21-cv-04194 |
| Plaintiffs, | NOTICE OF APPEARANCE OF COUNSEL |
| - against - | |
| Uber Technologies, Inc. et al., | Judge: The Honorable James Donato |
| Defendants. | |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Randy Luskey of Paul, Weiss, Rifkind, Wharton & Garrison LLP , a member of the State Bar of California, and admitted to practice before this Court, hereby appears as counsel on behalf of Defendants Uber Technologies, Inc. and Rasier, LLC ("Uber") in the above-captioned matter.

Dated:  July 16, 2021

Respectfully submitted,

By: *[signature: Randy Luskey]*

Randy Luskey
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
943 Steiner St.
San Francisco, CA 94117
Phone: (628) 432-5112
Fax: (202) 204-7391
rluskey@paulweiss.com

Attorney for Defendants
Uber Technologies, Inc. and Rasier, LLC